# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-749
_____

JOSEPH A. MUSA and MARY ANN MUSA,

    Appellants,

    v.

WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Upland Mortgage Loan Trust A.,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Gary L. Wilkinson, Judge.

September 26, 2018

PER CURIAM.

    AFFIRMED.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Joseph A. Musa and Mary Ann Musa, pro se, Appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee; William P. Heller of Akerman LLP, Fort Lauderdale; and Eric M. Levine of Akerman LLP, West Palm Beach, for Appellee.